IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CRAIG, JR.,                              )<br>           Petitioner,                              )<br>                                                         )<br>     vs.                                                 )<br>                                                         )<br>DAVID L. RUNNELS, Warden,         )<br>                                                         )<br>           Respondent.                           )<br>_____) | No. C 07-1567 CRB (PR)<br><br>ORDER<br><br>(Doc # 6) |

      Per order filed on August 27, 2007, the court granted petitioner's motion/request for a stay of these habeas proceedings to permit him to return to state court and exhaust a new claim under <u>Cunningham v. California</u>, 127 S. Ct. 856 (2007), and instructed the clerk to administratively close the case.

      Petitioner has filed a request to exhaust a new claim of ineffective assistance of counsel as well.  Good cause shown, the request (doc # 6) is GRANTED.

      Petitioner is reminded that this case is administratively closed.  Nothing further will take place in this matter until petitioner exhausts the new claims, and, within 30 days thereafter, moves to reopen the case, lift the court's stay and amend the stayed petition to add the newly-exhausted claims.

SO ORDERED.

DATED: October 10, 2007

                                                        CHARLES R. BREYER<br>
                                                        United States District Judge

G:\PRO-SE\CRB\HC.07\Craig1.stay2.wpd