IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN CRAIG, | ) | |
|     Petitioner, | ) | No. C 07-1567 CRB (PR) |
| vs. | ) | ORDER |
| TOM FELKER, Warden, | ) | |
|     Respondent. | ) | |

On April 3, 2009, respondent electronically filed an answer to the court's order to show cause as to why a writ of habeas corpus should not be granted. It appears that respondent failed to serve a copy of the answer on petitioner until April 27, 2009, however.

Good cause appearing therefor, petitioner shall have an extension of time until June 5, 2009 to file a traverse.

SO ORDERED.

DATED:  May 5, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Craig, k1.or1.wpd